IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-01457 SEK |
|---|---|
| **ALICE M TROCHE RAMOS** | Chapter 13 |
| Debtor(s) | |

## MOTION REQUESTING CONTINUANCE OF CONFIRMATION HEARING

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That the confirmation hearing is re scheduled for July 9, 2010.

2. That debtor plan provides to pay the 100% plus 6 % interest to the general unsecured debts.

3. That the undersign counsel reviewed once again a draft of a confirmable plan with debtor and sher will need some time to discuss issue with the family and consider to convert case to Chapter 7.

4. That undersign attorney excuse himself of not being present at the confirmation hearing.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned and re-schedule the confirmation hearing scheduled for the next available date.

## RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 9th day of July of 2010.**

JPC LAW OFFICE
Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.