IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-1457 SEK |
|---|---|
| ALICE M TROCHE RAMOS | CHAPTER 13 |
| DEBTOR (S) | |

## NOTICE OF FILING AMENDED PLAN

TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR(S) FILED THE ATTACHED PLAN ON March 25, 2011.

PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY FIVE (25) DAYS

TO REJECT A PROPOSED MODIFICATION OF A PLAN AND REQUEST A HEARING.

ABSENT GOOD CAUSE, UNTIMELY REJECTIONS SHALL BE DENIED.

## CERTIFICATE OF SERVICE

IS HEREBY CERTIFY THAT THE PARTIES SERVED ARE THOSE MENTIONED ON THE ATTACHED MASTER ADDRESS LIST.

IN SAN JUAN, PUERTO RICO, this 29TH day of March of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                               Case No. 10-01457-13

TROCHE RAMOS, ALICE M                                Chapter 13
_____Debtor(s)_____

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 3/25/2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 350.00 x 4 = $ 1,400.00
$ 0.00 x 2 = $ 0.00
$ 240.00 x 4 = $ 960.00
$ 680.00 x 50 = $ 34,000.00
$ _____ x _____ = $ _____

TOTAL: $ 36,360.00

Additional Payments:
$ 7,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
Sale or reverse mortgage of the property

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 43,360.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,674.00

Signed: /s/ ALICE M TROCHE RAMOS
        Debtor

        [signature]
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
ATTORNEY FEES TO BE PAID FIRST.

DEBTOR WILL PAY 100 % PLUS 6% INTEREST PER ANNUM TO UNSECURED CREDITORS.

Attorney for Debtor Jose Prieto _____ Phone: (787) 607-2066

**AMENDED CHAPTER 13 PAYMENT PLAN**

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.      ADVANCE AUTO
0104-3                                U.S. Post Office and Courthouse Building  WESTERN AUTO
Case 10-01457-SEK13                   300 Recinto Sur Street, Room 109          5008 AIRPORT ROAD
District of Puerto Rico               San Juan, PR 00901-1964                   ROANOKE, VA 24012-1601
Old San Juan
Mon Apr 19 11:11:43 AST 2010

BANCO POPULAR DE PUERTO RICO          BPPR                                      ISLAND FINANCE
BANKRUPTCY DEPARTMENT                 PO Box 362708                             P O BOX 71504
PO BOX 366818                         San Juan, PR   00936-2708                 SAN JUAN, PR 00936-8604
SAN JUAN PR 00936-6818


PRTC                                  SANTANDER FINANCIAL D/B/A ISLAND FINANCE  TD Retail Card Services
P O BOX 360998                        PO BOX 195369                             c/o Creditors Bankruptcy Service
SAN JUAN, PR   00936-0998             SAN JUAN PR, 00919-5369                   P O Box 740933
                                                                                Dallas,Tx 75374-0933


ALEJANDRO OLIVERAS RIVERA             ALICE M TROCHE RAMOS                      JOSE M PRIETO CARBALLO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS   P O BOX 1587                              JPC LAW OFFICE
PO BOX 9024062                        DORADO, PR 00646-1587                     PO BOX 363565
SAN JUAN, PR 00902-4062                                                         SAN JUAN, PR 00936-3565


MONSITA LECAROZ ARRIBAS               End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)        Mailable recipients    12
OCHOA BUILDING                        Bypassed recipients     0
500 TANCA STREET  SUITE 301           Total                  12
SAN JUAN, PR 00901-1938
```